No. 99–6250. MENCHACA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6252. COLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–6253. CIRIACO-GOMEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6254. BARRETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6255. MARTINES, AKA MARTINOS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6256. MORA-PERALTA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6257. MORENO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6258. JEFFERSON *v.* JOHNSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–6261. MOORE, AKA SWILLINGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6262. SHEPPARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6263. BARRON SALAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6264. RIDGEWAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6265. PEOPLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6267. RODGERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–6268. PLEASANTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6269. SNYDER *v.* DOBUCKI, WARDEN. C. A. 7th Cir. Certiorari denied.